**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 218 EAL 2018

Respondent

v.

HORACE L. JACKSON,

Petitioner

      :    Petition for Allowance of Appeal from
      :    the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.